Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal
*Attorney for Defendant Credence Resource Management, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Gregory Geiger, | ) Case No. 2:21-cv-02138-GMN-EJY |
| | ) |
| Plaintiff, | ) Joint Stipulation and Order for |
| | ) Extension of Time to Respond to |
| vs. | ) Complaint |
| | ) |
| Credence Resource Management, LLC | ) ***First Request*** |
| | ) |
| Defendant. | ) Current Response Date: Feb. 4, 2022 |
| | ) New Response Date: Feb. 18, 2022 |
| | ) |

It is hereby stipulated by Plaintiff Gregory Geiger and Defendant Credence Resource Management, LLC ("CRM"), through undersigned counsel, that CRM may have an extension of time to respond to the Complaint from February 4, 2022, through and until February 18, 2022.  This stipulation is made with respect to the following:

1. Plaintiff filed this action on December 2, 2021 in the United States District Court for the District of Nevada.

2. Plaintiff filed a waiver of service of summons dated December 6, 2021, making the original response due date February 4, 2022.

3. Additional time is needed for defense counsel to evaluate the information necessary to respond to the Complaint.  The parties also intend to discuss potential early resolution of this claim.

4. On February 1, 2022, the parties agreed to a two-week extension of time for CRM to respond to the Complaint through, and until February 18, 2022.

IT IS SO STIPULATED.

Dated: 2/2/22                              KRIEGER LAW GROUP, LLC

                                           /s/Shawn Miller
                                           Shawn Miller
                                           Attorney for Plaintiff
                                           Gregory Geiger

Dated: 2/2/22          SESSIONS, ISRAEL, & SHARTLE, LLP

/s/James K. Schultz
James K. Schultz
Attorney for Defendant
Credence Resource Management, LLC

Pursuant to the Parties' joint stipulation, IT IS HEREBY ORDERED:

Defendant shall have an extension of time to and including February 18, 2022, to respond to the Complaint.

Dated:  February 2, 2022          _____
United States Magistrate Judge